UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PAUL KUHNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-cv-1364(HB)(RLE) |
| | ) | |
| COHEN & SLAMOWITZ, LLP, and | ) | |
| MIDLAND FUNDING NCC-2 CORP., | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**Motion for Summary Judgment**

Plaintiff Paul Kuhne hereby moves for summary judgment under Federal Rule of Civil Procedure 56.  The undisputed facts show that Defendants, Cohen & Slamowitz, LLP (C&S), and Midland Funding NCC-2 Corp. (NCC-2), violated the Fair Debt Collection Practices Act (FDCPA) and New York State's Deceptive Practices Act (GBL § 349),  by drafting, filing, and serving Kuhne with a New York City Civil Court summons and complaint, even though NCC-2 is not licensed to collect debts by the New York City Department of Consumer Affairs (DCA) as required by the New York City Administrative Code (NYCAC).

Filing suit to collect a debt without a license and without pleading the licensing allegations required by New York City law constitutes an abusive debt-collection practice.  The pleadings, depositions, answers to interrogatories, and admissions on file,

1

together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the plaintiff is entitled to a judgment as a matter of law.

                                                  Yours, etc.,

                                                  /s/ Brian L. Bromberg
                                                  Brian L. Bromberg
                                                  One of Plaintiff's Attorneys

<u>Attorneys for Plaintiff:</u>
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York NY  10005
(212) 248-7906

Andrew G. Pizor
38 Volunteer Lane, #1-A
Greenwich CT 06830
(203) 570-4249