UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL KUHNE,<br><br>   Plaintiff,<br><br>vs.<br><br>COHEN & SLAMOWITZ, LLP, and<br>MIDLAND FUNDING NCC-2 CORP.<br><br>   Defendants. | )<br>)<br>)<br>) No. 07-CIVIL-1364(HB)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED U.S. DC
APR 0 4 2008
S.D. OF N.Y.

### Notice of Appeal

Notice is hereby given that plaintiff PAUL KUHNE hereby appeals to the United States Court of Appeals for the Second Circuit from the following: (1) the Opinion and Order of the Honorable Harold Baer, United States District Judge, filed on March 5, 2008, granting the defendants' motion for summary judgment and denying plaintiff's motion for summary judgment, for the reasons given in the Opinion and Order, and (2) from the resulting judgment entered in this action on March 6, 2008. Copies of the Opinion and Order and the Judgment are attached as Exhibits A and B, respectively.

Dated: New York, New York
   April 4, 2008

                  Respectfully Submitted,

                  Bromberg Law Office, P.C.

                  */s/ Brian L. Bromberg*
                  Brian L. Bromberg

Attorneys for Plaintiff
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906